# Court of Appeals
# of the State of Georgia

ATLANTA,  January 04, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0197.  ALFONZA MCKEEVER, JR. v. CATHY L. SCARVER.**

Alfonza McKeever, Jr., has filed an application for discretionary review in this Court.  It is unclear from the application materials whether he seeks to appeal an order entered by the magistrate court or by the superior court.  McKeever did not include with his application a copy of the trial court order he seeks to appeal, in violation of Court of Appeals Rule 31 (e).  Consequently, on December 12, 2016, we ordered McKeever to supplement his application within ten days with a stamped "filed" copy of the order to be appealed.  We indicated that failure to comply with this directive would result in dismissal of the application.  McKeever has failed to comply with this directive.  Absent an appealable trial court order, we are unable to entertain jurisdiction over this case.  Accordingly, McKeever's application is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/04/2017
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*